# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PATEL, PANKAJBHAI § | Case No. 08-26574-JS |
| PATEL, NAINABEN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/28/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL 60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/28/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PATEL, PANKAJBHAI § | Case No. 08-26574-JS |
| PATEL, NAINABEN § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,225.22 |
| *and approved disbursements of* | $ 71.80 |
| *leaving a balance on hand of* [1] | $ 13,153.42 |
| **Balance on hand:** | $ 13,153.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,153.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,072.52 | 0.00 | 2,072.52 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 28.28 | 0.00 | 28.28 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,427.50 | 0.00 | 1,427.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,528.30 |
| Remaining balance: | $ 4,625.12 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00
Remaining balance: $ 4,625.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$** 0.00
Remaining balance: $ 4,625.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 850,074.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | CIT Small Business Lending Corporation | 850,074.60 | 0.00 | 4,625.12 |

Total to be paid for timely general unsecured claims: **$** 4,625.12
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 08-26574-JHS
Pankajbhai G Patel                                          Chapter 7
Nainaben P Patel
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1         User: rmarola                Page 1 of 1         Date Rcvd: Sep 28, 2011
                             Form ID: pdf006              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2011.
 db          +Pankajbhai G Patel,    50 W Nevada Avenue,    Glendale Heights, IL 60139-2650
 jdb         +Nainaben P Patel,    50 W Nevada Avenue,    Glendale Heights, IL 60139-2650
 aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
               Lisle, IL 60532-1396
 aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12674609     +CIT Small Business Lending Corp,    640 Plaza Drive, Ste. 200,    Highlands Ranch, CO 80129-2399
13822623     +CIT Small Business Lending Corporation,    c/o Andrew A. Honegger,    Husch Blackwell Sanders LLP,
               401 Main St., Suite 1400,    Peoria, IL 61602-1258
12674608     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
12674610     +Mahesh & Regini Patel,    2937 Camden Drive,    West Chicago, IL 60185-6193
12674611     +New York Life,    PO Box 6916,   Cleveland, OH 44101-1916
12674612     +Rajanikant Patel,    359 Boulder Drive,    Glendale Heights, IL 60139-2140
12674613     +Satish Patel,    1937 Towner Lane,    Glendale Heights, IL 60139-2153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**                **Signature:**    _Joseph Speetjens_